IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02079-ZLW-BNB

CAROLYN SULLIVAN,

Plaintiff,

v.

OCWEN LOAN SERVICING, LLC, a Delaware limited liability corporation,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

Pursuant to the Order entered by Senior Judge Weinshienk [docket no. 44] on July 14, 2009,

IT IS ORDERED that the motions hearing and the settlement conference set for August 13, 2009, are **VACATED**.

IT IS FURTHER ORDERED that the **Defendant Ocwen Loan Servicing, LLC's Motion to Withdraw** . . . [docket no. 38] is DENIED AS MOOT.


DATED:  July 15, 2009